UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HERNOKO, ) | |
| ) | |
| Plaintiff, ) | No. 05-3163 BZ |
| ) | |
| v. ) | **ORDER SCHEDULING BRIEFING** |
| ) | |
| JOANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security ) | |
| ) | |
| Defendant. ) | |

The court is in receipt of plaintiff's attorney's Motion for Attorney's Fees.  **IT IS HEREBY ORDERED** as follows:

1. If defendant opposes plaintiff's motion, opposition shall be filed by November 29, 2006.  Plaintiff's reply, if any, shall be filed by December 8, 2006.
2. The court will schedule a hearing if one is deemed necessary.

DATED: November 3, 2006

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.3\HERNOKO\OrderSchedBriefingAttyFees.wpd

1